MAG,MDL,Transferred_Out_District

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (McAllen)
# CIVIL DOCKET FOR CASE #: 7:21–cv–00150

AIM Media Texas Operating, LLC v. Google, LLC et al
Assigned to: Judge Randy Crane
Cause: 15:1 Antitrust Litigation

Date Filed: 04/19/2021
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**AIM Media Texas Operating, LLC**

represented by **Stuart Andrew Davidson**
Robbins Geller Rudman Dowd LLP
120 E Palmetto Park Rd
Ste 500
Boca Raton, FL 33432
561–750–3000
Email: sdavidson@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clayton J Fitzsimmons**
Fitzsimmons Law Firm PLLC
1609 Warwood Avenue
Wheeling, WV 26003
304–277–1700
Email: clayton@fitzsimmonsfim.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Mitchell**
Robbins Geller Rudman & Dowd LLC
655 West Broadway
Ste1900
San Diego, CA 92101–8498
619–231–1058
Email: davidm@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A Colantonio**
Fitzsimmons Law Firm PLLC
1609 Warwood Avenue
Wheeling, WV 26003
304–277–1700
Email: mark@fitzsimmonsfirm.com
*ATTORNEY TO BE NOTICED*

**Paul J Geller**
Attorney at Law
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

561–750–3364
Email: pgeller@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert P Fitzsimmons**
Fitzsimmons Law Firm PLLC
1609 Warwood Avenue
Wheeling, WV 26003
304–277–1700
Email: bob@fitzsimmonsfirm.com
*ATTORNEY TO BE NOTICED*

**Steven M Jodlowski**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101–8498
619–231–1058
Email: sjodlowski@rgrdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google, LLC**                     represented by **Aden Martin Allen**
Wilson Sonsini et al
Las Cimas IV
900 S. Capital of Texas Hwy.
5th Fl.
Austin, TX 78746
512–338–5400
Email: aallen@wsgr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Facebook, Inc.**                  represented by **Peter T. Barbur**
Cravath, Swaine & Moore LLP
825 Eighth Ave
New York, NY 10019
212–474–1058
Email: pbarbur@cravath.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin J. Orsini**
Cravath, Swaine and Moore LLP
825 Eighth Ave
New York, NY 10019
212–474–1596
Email: korsini@cravath.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vanessa A. Lavely**
Cravath, Swaine & Moore LLP
825 Eighth Ave
New York, NY 10019
212–474–1718
Email: vlavely@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2021 | Ï 1 | COMPLAINT against FACEBOOK, INC., GOOGLE, LLC (Filing fee $ 402 receipt number 0541–26298639) filed by AIM MEDIA TEXAS OPERATING, LLC.(Davidson, Stuart) (Entered: 04/19/2021) |
| 04/19/2021 | Ï 2 | Request for Issuance of Summons as to FACEBOOK, INC., GOOGLE, LLC, filed. (Attachments: # 1 Summons – Facebook, Inc.)(Davidson, Stuart) (Entered: 04/19/2021) |
| 04/19/2021 | Ï 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/8/2021 at 09:00 AM before Judge Randy Crane(by Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 04/19/2021) |
| 04/19/2021 | Ï 4 | Summons Issued as to Facebook, Inc., Google, LLC. Issued summons delivered to plaintiff by NEF, filed.(JenniferNogueira, 7) (Entered: 04/19/2021) |
| 04/21/2021 | Ï 5 | MOTION for Robert P Fitzsimmons to Appear Pro Hac Vice by AIM Media Texas Operating, LLC, filed. Motion Docket Date 5/12/2021. (mmapps, 4) (Additional attachment(s) added on 4/21/2021: # 1 Cerificate of Good Standing) (mmapps, 4). (Entered: 04/21/2021) |
| 04/21/2021 | Ï 6 | MOTION for Clayton J. Fitzsimmons to Appear Pro Hac Vice by AIM Media Texas Operating, LLC, filed. Motion Docket Date 5/12/2021. (mmapps, 4) (Additional attachment(s) added on 4/21/2021: # 1 Certificate of Good Standing) (mmapps, 4). (Entered: 04/21/2021) |
| 04/21/2021 | Ï 7 | MOTION for Mark A. Colantonio to Appear Pro Hac Vice by AIM Media Texas Operating, LLC, filed. Motion Docket Date 5/12/2021. (mmapps, 4) (Additional attachment(s) added on 4/21/2021: # 1 Certificate of Good Standing) (mmapps, 4). (Entered: 04/21/2021) |
| 04/21/2021 | Ï 8 | MOTION for Paul J Geller to Appear Pro Hac Vice by AIM Media Texas Operating, LLC, filed. Motion Docket Date 5/12/2021. (mmapps, 4) (Entered: 04/21/2021) |
| 04/22/2021 | Ï 9 | ORDER granting 5 Motion for Robert P. Fitzsimmons to Appear Pro Hac Vice.(Signed by Judge Randy Crane) Parties notified.(kanelson, 7) (Entered: 04/22/2021) |
| 04/22/2021 | Ï 10 | ORDER granting 6 Motion for Clayton J. Fitzsimmons to Appear Pro Hac Vice.(Signed by Judge Randy Crane) Parties notified.(kanelson, 7) (Entered: 04/22/2021) |
| 04/22/2021 | Ï 11 | ORDER granting 8 Motion for Paul J. Geller to Appear Pro Hac Vice. (Signed by Judge Randy Crane) Parties notified.(klopez, 7) (Entered: 04/22/2021) |
| 04/22/2021 | Ï 12 | ORDER granting 7 Motion for Mark A. Colantonio to Appear Pro Hac Vice. (Signed by Judge Randy Crane) Parties notified.(klopez, 7) (Entered: 04/22/2021) |
| 04/29/2021 | Ï 13 | MOTION for David W Mitchell to Appear Pro Hac Vice by AIM Media Texas Operating, LLC, filed. Motion Docket Date 5/20/2021. (hlerma, 4) (Entered: 04/29/2021) |

| 04/29/2021 | 14 | MOTION for Steve M Jodlowski to Appear Pro Hac Vice by AIM Media Texas Operating, LLC, filed. Motion Docket Date 5/20/2021. (hlerma, 4) (Entered: 04/29/2021) |
|---|---|---|
| 04/30/2021 | 15 | ORDER granting 13 Motion for David W. Mitchell to Appear Pro Hac Vice.(Signed by Judge Randy Crane) Parties notified.(kanelson, 7) (Entered: 04/30/2021) |
| 04/30/2021 | 16 | ORDER granting 14 Motion for Steven M. Jodlowski to Appear Pro Hac Vice.(Signed by Judge Randy Crane) Parties notified.(kanelson, 7) (Entered: 04/30/2021) |
| 05/06/2021 | 17 | CERTIFICATE OF INTERESTED PARTIES by AIM Media Texas Operating, LLC, filed.(Davidson, Stuart) (Entered: 05/06/2021) |
| 05/10/2021 | 18 | MOTION for Peter T. Barbur to Appear Pro Hac Vice by Facebook, Inc., filed. Motion Docket Date 6/1/2021. (JenniferNogueira, 7) (Entered: 05/10/2021) |
| 05/10/2021 | 19 | MOTION for Vanessa A. Lavely to Appear Pro Hac Vice by Facebook, Inc., filed. Motion Docket Date 6/1/2021. (JenniferNogueira, 7) (Entered: 05/10/2021) |
| 05/10/2021 | 20 | MOTION for Kevin J. Orsini to Appear Pro Hac Vice by Facebook, Inc., filed. Motion Docket Date 6/1/2021. (JenniferNogueira, 7) (Entered: 05/10/2021) |
| 05/10/2021 | 21 | STIPULATION re: Stipulation to Extend Time to Move or Otherwise Respond to Complaint by Google, LLC, filed.(Allen, Aden) (Entered: 05/10/2021) |
| 05/11/2021 | 22 | ORDER granting 18 Motion for Peter T. Barbur to Appear Pro Hac Vice.(Signed by Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 05/11/2021) |
| 05/11/2021 | 23 | ORDER granting 19 Motion for Vanessa A. Lavely to Appear Pro Hac Vice.(Signed by Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 05/11/2021) |
| 05/11/2021 | 24 | ORDER granting 20 Motion for Kevin J. Orsini to Appear Pro Hac Vice.(Signed by Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 05/11/2021) |
| 06/09/2021 | 25 | Unopposed MOTION to Adjourn Initial Pretrial and Scheduling Conference by Facebook, Inc., Google, LLC, filed. Motion Docket Date 6/30/2021. (Attachments: # 1 Proposed Order)(Allen, Aden) (Entered: 06/09/2021) |
| 06/15/2021 | 26 | NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE. (Initial Conference reset for 10/6/2021 at 09:00 AM before Judge Randy Crane). (Signed by Judge Randy Crane) Parties notified.(JenniferNogueira, 7) (Entered: 06/15/2021) |
| 08/12/2021 | 27 | JPML TRANSFER ORDER transferring case to Southern District of New York to be included in MDL Docket No. 3010. (lgouadi, 4) (Entered: 08/12/2021) |
| 08/12/2021 |  | Interdistrict transfer to Southern District of New York. Case transferred electronically. (lgouadi, 4) (Entered: 08/12/2021) |